UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER GACICIA, individually and on behalf of a class of similarly situated persons,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>GAF BUILDING MATERIALS CORPORATION, GAF CORP. and SAMUEL HEYMAN,<br><br>　　　　　　　　　Defendants. | Civil Action No. 1:05-cv-11204-WGY |

<u>Defendants' Corporate Disclosure Statement</u>

Pursuant to Local Rule 7.3, the Defendant, Building Materials Corporation of America ("BMCA") (improperly designated in the Complaint as GAF Building Materials Corporation and GAF Corp.) hereby submits the following corporate disclosure statement:

BMCA's direct parent is BMCA Holdings Corporation.  BMCA Holdings Corporation is a subsidiary of G-I Holdings, Inc.  G-I Holdings, Inc. is a subsidiary of G Holdings, Inc.  BMCA, BMCA Holdings Corporation, G-I Holdings, Inc. and G-Holdings, Inc. are not publicly traded.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　Building Materials Corporation of America

　　　　　　　　　　　　　　　　　　By its attorneys,
　　　　　　　　　　　　　　　　　　/s/ Jonathan Sablone
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Dennis M. Duggan, Jr., P.C. (BBO #137460)
　　　　　　　　　　　　　　　　　　Jonathan Sablone (BBO # 632998)
　　　　　　　　　　　　　　　　　　Stephen M. LaRose (BBO # 654507)
　　　　　　　　　　　　　　　　　　Nixon Peabody LLP
　　　　　　　　　　　　　　　　　　100 Summer Street
　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　(617) 345-1000

Dated: June 14, 2005

-2-

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by first class mail, postage pre-paid, on June 14, 2005.

_____
Jonathan Sablone

BOS1500289.1

-2-