UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PETER GACICIA, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>GAF BUILDING MATERIALS CORPORATION, GAF CORP. and SAMUEL HEYMAN,<br><br>Defendants. | Civil Action No. 05-11204-WGY |

**DEFENDANTS' ASSENTED-TO MOTION TO
EXTEND TIME TO RESPOND TO COMPLAINT**

The Defendants in this action hereby move this Court to extend their time to answer or file a motion pursuant to Fed. R. Civ. P. 12(b) in response to the Complaint by thirty (30) days from the date of this request, up to and including July 15, 2005.

As grounds for this Motion, Defendants state as follows:

1.   The Plaintiff, Peter Gacicia, assents to the requested extension of time.

2.   Defendants recently removed this action from state to federal court on June 6, 2005, and need a brief extension of time to respond to the Complaint.

WHEREFORE, the Defendants respectfully request that this Court extend the time for them to answer or file a motion pursuant to Rule 12(b) in response to the Complaint by thirty (30) days, up to and including July 15, 2005; and grant such alternative relief as it deems just and appropriate.

BOS1501277.1

Respectfully submitted,

**Building Materials Corporation of America and Samuel Heyman,**

By their attorneys,

/s/ Jonathan Sablone

---
Dennis M. Duggan, Jr., P.C. (BBO #137460)
Jonathan Sablone (BBO # 632998)
Stephen M. LaRose (BBO # 654507)
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000

Dated: June 17, 2005

## CERTIFICATE OF SERVICE

      I, Stephen LaRose, herby certify that a true and correct copy of the foregoing Assented-to Motion was sent by First Class Mail this 17th day of June, 2005 to: Kenneth G. Gilman, Esq., Gilman & Pastor, 999 Broadway, Stonehill Corporate Center, Suite 500, Saugus, MA 01906.

      /s/ Stephen LaRose
      _____