UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER GACICIA, individually and on behalf of a class of similarly situated persons,<br><br>                  Plaintiffs,<br><br>    vs.<br><br>GAF BUILDING MATERIALS CORPORATION, GAF CORP. AND SAMUEL HEYMAN,<br><br>                  Defendants. | Civil Action No. 1:05-CV-11204-WGY |

**DEFENDANTS' MOTION TO DISMISS, OR,
IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 12(b) and 56, Defendants move this court to dismiss, or, in the alternative for summary judgment, all claims asserted against them by Plaintiff, Peter Gacicia.

In support of this Motion, the defendants state that:

I.     The complaint should be dismissed in its entirety, under Fed.R.Civ.P. 12(b)(6) and 56, on the grounds that every claim is time barred;

II.    This Court lacks personal jurisdiction over Mr. Heyman, and all claims against him should be dismissed pursuant to Fed.R.Civ.P. 12(b)(2);

III.   Plaintiff improperly served defendant Samuel Heyman, and the complaint should be dismissed pursuant to Fed.R.Civ.P. 12 (b)(5);

IV.   The complaint does not assert a cause of action against Mr. Heyman, and should be dismissed pursuant to Fed.R.Civ.P. 12(b)(6); and

V.    All claims against Defendants GAF Building Materials Corporation and GAF Corporation should be dismissed pursuant to the automatic stay provisions of 11 U.S.C. § 362(a)(1).

In further support of this Motion, the defendants rely upon their Memorandum of Law, the Affidavit of Samuel Heyman and the Affidavit of Jonathan Sablone, all filed herewith, and incorporated herein by reference.

**WHEREFORE**, the defendants pray that this Court:

A.    Grant the defendants' motion to dismiss, or, in the alternative, enter summary judgment

in their favor;

B.    Award the defendants their costs and reasonable attorneys fees; and

C.    Award the defendants any other and further relief that the Court deems just and

appropriate.

### LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel for the defendants have contacted counsel for the plaintiffs in a good faith effort to resolve the issues presented in this motion, but have been unable to do so.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), the defendants hereby request oral argument on the present motion.

Respectfully submitted,

Building Materials Corporation of America

By its attorneys,

/s/ Jonathan Sablone

_____

Dennis M. Duggan, Jr., P.C. (BBO #137460)
Jonathan Sablone (BBO #632998)
Stephen M. LaRose (BBO #654507)
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000

**Of Counsel:**

**McCarter & English, LLP**
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, New Jersey 07101-0652
(973) 622-4444

Dated: July 15, 2005

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by first class mail, postage pre-paid, on July 15, 2005.

/s/ Jonathan Sablone

_____

Jonathan Sablone

BOS1510563.1