UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER GACICIA, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>GAF BUILDING MATERIALS CORPORATION, GAF CORP. AND SAMUEL HEYMAN<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) CA No: 1:05-cv-11204WGY<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, by and through undersigned counsel and in accordance with Fed. R. Civ. P. 41(a)(1), hereby gives notice of voluntary dismissal of this action. Plaintiff respectfully requests the Court enter an Order dismissing the case with prejudice and without costs.

Dated: July 29, 2005

                                                  Respectfully submitted,
                                                **GILMAN AND PASTOR, LLP**

                                                By:   s/ Kenneth G. Gilman
                                                Kenneth G. Gilman (BBO #192760)
                                                60 State Street, 37th Floor
                                                Boston, MA 02109
                                                Tel: (617) 742-9700
                                                Fax: (617) 742-9701

{00005726.DOC;1}