# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

                                  Civil Action
                                  No:<u>05-11204-WGY</u>

PETER GACICIA
Plaintiff

v.

GAF BUILDING MATERIALS CORPORATION, ET AL
Defendant

<u>SETTLEMENT ORDER OF DISMISSAL</u>

YOUNG, C.J.

      The Court having been advised on July 29, 2005, that the above-entitled action has been settled:

      IT IS ORDERED that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

                                  By the Court,

                                  <u>/s/ Marie Bell</u>
                                  Deputy Clerk

August 3, 2005

To: All Counsel