UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
PETER GACICIA, individually and on behalf    )
of a class of similarly situated persons,    )
                                             )
        Plaintiffs,                          )
                                             )
  vs.                                        ) CA No: 1:05-cv-11204WGY
                                             )
GAF BUILDING MATERIALS CORPORATION,          )
GAF CORP. AND SAMUEL HEYMAN                  )
                                             )
        Defendants.                          )
_____         )

## NOTICE OF CHANGE OF ADDRESS

    Please take notice of a change of address for Gilman and Pastor, LLP, counsel for the plaintiffs in this action. The new address is the following:

> GILMAN AND PASTOR, LLP
> 225 Franklin Street, 16th Floor
> Boston, MA 02110
> Telephone: (617) 742-9700
> Facsimile: (617) 742-9701

Dated: July 28, 2006                                  Respectfully submitted,

                                                        /s/ David Pastor
                                                    David Pastor (BBO # 391000)
                                                    GILMAN AND PASTOR, LLP
                                                    225 Franklin Street, 16th Floor
                                                    Boston, MA 02110
                                                    Telephone: (617) 742-9700
                                                    Facsimile: (617) 742-9701

                                                    Attorney for Plaintiffs